**Order entered July 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

### EX PARTE WILLIAM THOMAS NICHOLAS JR

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

The Court **DENIES** as moot appellant's July 7, 2015 motion to proceed as an indigent. The record has already been filed in this Court at no cost to appellant, and there are no filing fees associated with criminal appeals.

To the extent that appellant complains in his motion dated July 2, 2015 that he has not yet received copies of the record, on June 29, 2015, we received written verification from the Dallas County Clerk that copies of the record were sent to appellant by United States Mail, with return receipt requested. If appellant has not yet received copies of the record, he should direct his inquiry to the mail room authorities of the Texas Department of Criminal Justice.

Appellant's brief remains due by August 21, 2015.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to William Thomas Nicholas, Jr., TDCJ No. 1680033, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.

We **DIRECT** the Clerk to send a copy of this order to the Dallas County District Attorney's Office.

/s/      ADA BROWN
            JUSTICE